THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONNA TUPPER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br><br>　　　　　Defendant. | CASE NO. C11-0556-JCC<br><br>ORDER |

After careful consideration of Plaintiff's Complaint, Defendant's motion to remand, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, the Court orders as follows:

1. The Court adopts the Report and Recommendation.
2. Defendant's motion to remand for further administrative proceedings (Dkt. No. 32) is GRANTED.
3. The Commissioner's decision is REVERSED and the case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

//

//

DATED this 26th day of January 2012.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2